as indicated in order and as so modified affirmed. No opinion. Present — Clarke, P. J., Dowling, Merrell, Finch and McAvoy, JJ.; Dowling, J., dissents and votes to dismiss appeal on the ground that the trustees are not parties aggrieved by the order from which they appeal.

Seiler Coal Co., Inc., Respondent, v. Capital City Surety Company, Appellant, Impleaded with Another.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Merrell, Finch and McAvoy, JJ.

Henry N. Dart, Respondent, v. Ransom S. Morgan, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Merrell, Finch and McAvoy, JJ.

Nicholas Power Company, Inc., Appellant, v. United Theatre Equipment Corporation, Respondent.— Order so far as appealed from affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Merrell, Finch and McAvoy, JJ.

Edwin H. Jonson and Others, Appellants, v. Louis H. Huot and Others, Respondents.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. No opinion. Present — Clarke, P. J., Dowling, Merrell, Finch and McAvoy, JJ.

Meyer C. Ellenstein, Respondent, v. Royal Insurance Company, Ltd., Appellant.— Order reversed and the motion granted on condition that the defendant stipulate to waive the provision in the policy as to limitation of time to sue; otherwise affirmed, with ten dollars costs and disbursements. No opinion. Settle order on notice. Present — Clarke, P. J., Dowling, Merrell, Finch and McAvoy, JJ.

Theo. Tiedemann & Sons, Inc., Appellant, v. G. D. Kuper & Bros. (Inc.), Respondent.— Order reversed, with ten dollars costs and disbursements, and motion granted with respect to making more definite and certain the 1st paragraph of the answer. No opinion. Present — Clarke, P. J., Dowling, Merrell, Finch and McAvoy, JJ.

Helen N. Silber, Appellant, v. Carl F. Silber, Defendant. Lillian S. Spurgeon, Corespondent, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Merrell, Finch. and. McAvoy, JJ.

Abel I. Culver, Respondent, v. Edward F. Murray, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs  No opinion. Present — Clarke, P. J., Dowling, Merrell, Finch and McAvoy, JJ.

Abel I. Culver, Respondent, v. Edward F. Murray, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. No opinion. Present — Clarke, P. J., Dowling, Merrell, Finch and McAvoy, JJ.

Elizabeth White, Otherwise Known as Elizabeth Morris, Respondent, v. James B. Morris, Appellant.— Order reversed, and motion granted so far as to strike out paragraph VI of the complaint. No opinion. Present — Clarke, P. J., Dowling, Merrell, Finch and McAvoy, JJ.

Michael Bunzellman, Respondent, v. Maxwell-Chalmers Sales Cor-poration, Inc., Appellant.— Order reversed, with ten dollars costs and disburse-